UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ARAGON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:21-cv-0019 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ARMANDO ARAGON AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

On November 17, 2021, Armando Aragon and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 16 at 1-2.)  Pursuant to the terms of the stipulation, the Appeals Council shall remand the matter to an administrative law judge "to take further action, as warranted, to complete the administrative record" and issue a new decision.  (*Id*.)  The parties also stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*. at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

1

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Armando Aragon and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __November 17, 2021__          __/s/ Jennifer L. Thurston__
CHIEF UNITED STATES MAGISTRATE JUDGE